Source: Legal > Secondary Legal > Matthew Bender(R) > By Area of Law > Federal Practice > **Bender's Federal Practice Forms**
TOC: Bender's Federal Practice Forms > / / > In Forma Pauperis Actions > **54:452 Affidavit in Support of Motion for Waiver of Fees --Exemplar of Court-Supplied Form 1**
Terms: heading(pauperis) or section(pauperis) (Edit Search | Suggest Terms for My Search)

↵Select for FOCUS™ or Delivery

6-54 Bender's Federal Practice Forms Form 54:452

Bender's Federal Practice Forms

Copyright 2006, Matthew Bender & Company, Inc., a member of the LexisNexis Group.

FEDERAL RULES OF CIVIL PROCEDURE

54 Judgments; Costs

FORMS

In Forma **Pauperis** Actions

6-54 Bender's Federal Practice Forms Form 54:452

[FILED stamp: MAR 31 2006, U.S. DISTRICT COURT DISTRICT OF DELAWARE]

BD scanned

**Form 54:452 Affidavit in Support of Motion for Waiver of Fees --Exemplar of Court-Supplied Form 1**

[Caption. Form No. 54:450]

AFFIDAVIT OF Dennis Carson [NAME OF AFFIANT]

I, Dennis Carson [name], make under oath the following statement regarding my financial, residential, marital, and _____ status, and since I am unable to prepay fees and costs in the above-entitled _____, make application to proceed as a pauper in accordance with 28 U.S.C. § 1915.

**A. BACKGROUND AND RESIDENCE**

  1. Full Name: Dennis Dale Carson

  2. Age: 49   Sex: Male

  3. Present Address: 12020 Willow Grove Rd Camden Wyoming Delaware 19934

  4. How long at this address? 6 months   Phone No. (302) 399-9369

  5. Married? _____   Single? ✓

  Divorced? _____   Separated? _____

  6. Number of dependents: Self

7. Ages of children living with you: _____

8. List relationships of other dependents living with you: _____

9. List any dependents in items 7 and 8 depending on you for support: _____

**B. EMPLOYMENT AND INCOME**

1. Are you now employed? _No_____ Are you self-employed? _No_____

2. Name and address of employer: _____

3. Position: _____ Salary per month: $ _____

4. If self-employed, nature of         : _____

5. Income previous month from self-employment? $ _____

6. If unemployed, how long since last     or self-employment? _10 years_

7. Any other income, such as disability pay, workers' compensation, social security, pension interests, note and loan repayments, dividends, trust funds, unemployment compensation? $ _1100.00_

8. If so, indicate source and amount per month: _1100.00 a month_

9. Total monthly net income: $ _1100.00 Social Security_

**C. ASSETS**

1. Do you own any real estate? Yes _____ (No)

    a. Description _____

    b. Location _____

    c. Estimated present value $ _____

    d. Estimated outstanding mortgages or contracts on property $ _____

    e. Payments per month $ _____

2. Do you own any automobiles: (Yes) _____ No
_1940 Chev._

a. Make _Chev_  Model _pickup_  Year _1990_

b. Present Value $ _700.00_   Total amount owed $ ____

c. Monthly payments $ _75.00_

3. Do you have any stocks or bonds? Yes ____  (No)

a. Describe ____

b. Present value $ ____

4. Do you have any cash in the bank? (Yes) ____  No

a. If so, indicate amount $ _8.50_

5. Do you have any cash in savings and loan associations? Yes ____ (No) ____

a. If so, indicate amount $ ____

6. Do you any other assets not listed above, excluding household furnishings and clothing? Yes ____ (No) ____

a. If so, describe and give value ____

**D. DEBTS AND OTHER OBLIGATIONS**

1. Rent $ _450.00_ per month

2. Utilities $ _300.00_ per month

3. Creditors: cell phone $50.00 a month - Gas Credit Card $50.00 a month - 150 groceries

| List: | Total Due | Monthly Payment |
|---|---|---|
| ___ | $ ___ | $ ___ |
| ___ | $ ___ | $ ___ |
| ___ | $ ___ | $ ___ |
| ___ | $ ___ | $ ___ |
| ___ | $ ___ | $ ___ |

|   | $ | $ |
|---|---|---|
|   | $ | $ |
|   | $ | $ |

4. Total Monthly Payments: $ _1075.00_

_Dennis D. Carson_
Signature of Applicant/Affiant

_Dennis D. Carson_

SUBSCRIBED AND SWORN to before me this __30th__ day of
_March, 2006_ [month, year].

_Carole A. Pearce_
Notary Public
CAROLE A. PEARCE
Notary Public, Kent County, Delaware
My Commission Expires April 03, 2006

My Commission Expires:
_____

**ORDER**

The Court has considered the foregoing Affidavit and Application and the same is DENIED.

or

The Court has considered the foregoing Affidavit and Application and the same is GRANTED. It is ordered that the commencement and prosecution of the above-entitled suit, action, or proceeding is authorized without the prepayment of the filing fee, costs, or security therefor. However, any further proceedings involving costs may be specifically authorized in advance by the Court.

DONE at _____ [city, state] this _____ day of _____ [month, year].

_____
United States Magistrate Judge

---

1. This form was adapted from Form SF-010, District Court for the District of New Mexico. Many local rules require that parties use forms of affidavits supplied by the court. See, e.g., Local Rules, N.D. Cal., L.R. 3-10 ("affidavit or declaration under penalty of perjury providing the information required by Title 28 U.S.C. § 1915, on a form available at the Office of the Clerk and on the Court's Internet site, or an equivalent form"); Local Rules, N.D. Ill., L.R. 3.3 (a)(2) (financial affidavit "prescribed by the Court"); Local Rules, N.D. Miss, Form P3 (prisoner's affidavit). There is also a mandatory form for use in the United States Courts of Appeals. See Official Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure (set out in this book as Form No. AR24:1). Many trial courts are also using that form of affidavit.