UNITED STATES DISTRICT COURT
FOR THE THIRD CIRCUIT OF DELAWARE

Dennis D. Carson
Plaintiff

Vocational Rehabilitation
Defendants

## INTRODUCTION



1.  Almost a decade after Congress passed the Americans with Disabilities Act the ~~BD scanned~~
    staff of Vocational Rehabilitation in Dover, Delaware is not aware that this ~~IFP~~
    legislation exists.
2.  42 U,S.C.S. § 12131-12134 of the Americans with Disabilities Act prohibits a
    public entity from discriminating against a qualified person with disabilities in the
    provision or operation of public services, programs, or activities.

## JURISDICTION

3. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331
and 1343

## VENUE

4. Venue is proper within this District pursuant to 28 U.S.C. § 1391

## PARTIES

5. Plaintiff went to Vocational Rehabilitation in Dover, Delaware for services because he
suffers from depression and gets social security. Plaintiff wanted help paying for his
tuition at Wesley College where he is studying to be a paralegal
6. Jeffery Ansley who was plaintiff's counselor told the plaintiff, "Vocational
Rehabilitation would not be able to help him with his tuition because he has a disability
and still sees a physiatrist to get medication for depression.

## GENERAL ALLEGATIONS

7. Vocational Rehabilitation violated 42 U.S.C.S. § 12131-12134 of the Americans with
Disabilities Act by discriminating against the plaintiff because plaintiff has a disability.
Plaintiff's counselor Jeffery Ansley said, "Because I am still seeing a physiatrist for
medication to treat my depression I cannot receive services from Vocational
Rehabilitation". In other words the only people who vocational rehabilitation will help
are perfectly healthy people. The Americans with disabilities Acts makes reference to
reasonable accommodations such as a person needing a walker. Likewise I consider me
taking medication a reasonable accommodation.

8. It is not like the plaintiff is incapable of determining his own destiny. The defendants are well aware that in 2003, plaintiff earned a bachelor's degree from Wilmington College. In 2004, Plaintiff earned a master's degree from Wilmington College

## FIRST CLAIM FOR RELIEF

9. 42 U.S.C.S. § 12131-12134 prohibited any public entity from discriminating against qualified persons with disabilities in the provision or operation of public services, programs, or activities. The defendant's blatant disregard for the law has caused the plaintiff to suffer but not limited to:
   A. Loss of future earnings
   B. Anxiety
   C. Distress
   D. Feelings of hopelessness

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays:
   1. This court assumes jurisdiction
   2. That this court declares the defendants violated the Americans with Disabilities Act 42 U.S.C.S. § 12131-12134
   3. That this court award compensatory damages to the plaintiff in the amount of $50,000
   4. That this court award punitive damages to the plaintiff in the amount of $50,000 to punish the defendants for their willful conduct
   5. That this court award the plaintiff for the time it took to prepare this law suit
   6. That this court award such addition or alternative relief as may be just, proper and equitable

**JURY DEMANDED:** Plaintiff demands a jury on all issues which can be heard by a jury.

Dated: March 29, 2006                              Respectfully Submitted

                                                   Dennis D. Carson

Address of plaintiff:
PO Box 124
Camden Wyoming, Delaware 19934




Dennis Carson
Po Box 124
Camden Wyoming, Delaware 19934

US District Court
Clerks office, Room 4209
Boggs Federal Building
844 N. King Street, lock Box 18
Wilmington, Delaware 19801

OC   218

Dear Sir/madam,

Please Find enclosed my lawsuit. IF it is filed incorrectly please let me know. Let me know if their is any thing wrong with my In forma Pauperis.

Thank you

Dennis Carson

PO Box 124
Camden Wyoming, Delaware 19934

(302)399-9369



FILED

MAR 3 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned