**Dennis D. Carson, M.S.**

P.O. Box 126
Smyrna, Delaware 19977
(602) 390-9369
hypnostar125@yahoo.com

RE: 06CV218 KAJ
Dennis Carson v. Vocational Rehabilitation

Dear Sir/Madam:

Please find enclosed the $250.00 to cover the cost of my lawsuit. Also, please find enclosed a couple amended copys of my law suit.

Sincerly,

Dennis D. Carson

Dennis D. Carson

Po Box 124
Camden Wyoming
Delaware 19934



FILED
MAY - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned