OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# 06-218

CASE CAPTION: Carson v. Vocational Rehabilitation

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: May 23, 2006    Signed: Dennis D. Carson
Pro Se Plaintiff

Date Received by Clerk's office: June 8th 2006    Signed: Beth Dinan
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

5-17-06
Date mailed

Beth Dinan
By Deputy Clerk

FILED
JUN - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

Scanned

From: Dennis Carson
PO Box 124
Camden Wyoming, Delaware
19934



**ReadyPost**

Document Mailer