**Dennis D. Carson**
PO Box 124
Camden Wyoming, Delaware 19934
(302) 399-9369

Clerks Office
United States District Court
844 North King Street
Lock box 18
Wilmington, Delaware 19801

06-218 (KAJ)

RE: *Dennis D. Carson v Vocational Rehabilitation*

Dear clerks Office:
I no longer wish to continue with my lawsuit against Vocational Rehabilitation.
If you have any question please do not hesitate to contact me.

Sincerely,

Dennis D. Carson



FILED
JUL -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



P.O. Box 129
Camden Wyoming, Delaware 19934

WILMINGTON DE 197
05 JUL 2006 PM 1 T

Clerks office Lock Box 18
U.S. District Court
844 North King Street
Wilmington Delaware
19801